DISSENTING OPINION



No. 04-97-00490-CV



TEXAS DEPARTMENT OF PUBLIC SAFETY,


Appellant



v.



Kent WASHBURN,


Appellee



From the County Court at Law No. 7, Bexar County, Texas


Trial Court No. 236625


Honorable H. Paul Canales, Judge Presiding



Opinion by: Tom Rickhoff, Justice

Dissenting opinion by: Sarah B. Duncan, Justice


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: June 2, 1999


 I dissent for the reasons set forth in the dissenting opinion in Mireles v. Texas Dep't of Pub.
Safety, No. 04-97-01007-CV, 1999 WL 300650 (Tex. App.--San Antonio May 12, 1999, no pet.
h.).


 Sarah B. Duncan, Justice

Do not publish